ber 11, 1910.) Action by Henry H. Griesmer against G. Frederic Collins. No opinion. Application denied, with $10 costs. Order signed.

In re GRIFFIN. (Supreme Court, Appellate Division, First Department. October 14, 1910.) In the matter of Gerald S. Griffin.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

LAUGHLIN, J., dissenting.

GROESBECK, Respondent, v. MORGAN, Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by Edward A. Groesbeck against James P. Morgan.

PER CURIAM. Judgment affirmed, with costs.

SMITH, P. J., dissenting.

H A N K I N, Respondent, v. BROOKLYN TAXICAB CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 23, 1910.) Action by Minnie M. Hankin against the Brooklyn Taxicab Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

HANNIGAN, Respondent, v. BONWIT, Appellant. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by Kathryn Hannigan against Paul J. Bonwit. No opinion. Order affirmed, with $10 costs and disbursements.

HARDEN v. HOOPS. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Percival L. Harden against William T. Hoops. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 137 App. Div. 299, 121 N. Y. Supp. 1086.

HARRIGAN, Appellant, v. HOULIHAN, Respondent. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by Cornelius Harrigan against John Houlihan. No opinion. Order affirmed, with $10 costs and disbursements.

In re HARRINGTON. (Supreme Court, Appellate Division, Fourth Department. November 15, 1910.) In the matter of the application for disbarment of Eugene W. Harrington, an attorney.

PER CURIAM. Report of referee confirmed and the name of the said Eugene W. Harrington ordered stricken from the roll of attorneys and counsellors of the Supreme Court, and the said attorney forbidden to practice in any of the courts of this state. See, also, 137 App. Div. 931, 123 N. Y. Supp. 1119.

HARTLEY, Respondent, v. BALL et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Wilfrid Hartley against Charles Edward Ball and others.

PER CURIAM. Judgment and order affirmed, with costs.

BURR and THOMAS, JJ., dissent.

HARTMANN BROS. MFG. CO., Appellant, v. NEW YORK INTERURBAN WATER CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by the Hartmann Bros. Manufacturing Company against the New York Interurban Water Company and others. No opinion. Judgment affirmed, with costs.

HATHORN et al., Respondents, v. NATURAL CARBONIC GAS CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by Emily H. Hathorn and another against the Natural Carbonic Gas Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements. See, also, 137 App. Div. 557, 121 N. Y. Supp. 683.

HOUGHTON, J., not sitting.

HEFRON, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by Luella Hefron, an infant, against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed as against the weight of evidence, both as to the defendant's negligence and the plaintiff's freedom from contributory negligence, and new trial granted, with costs to appellant to abide event.

SMITH, P. J., and COCHRANE, J., dissenting.

In re H E I N E BOILER CO. (Supreme Court, Appellate Division, Third Department. November 23, 1910.) In the matter of the application of the Heine Boiler Company for a writ of mandamus, requiring the Franklin Boiler Works Company to allow an inspection of its books. No opinion. Motion denied. See, also, 137 App. Div. 934, 121 N. Y. Supp. 1135.

HENRY, Respondent, v. HIRSCH et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by John E. Henry, as receiver, against Joseph Hirsch and another.

PER CURIAM. Final order of the Municipal Court reversed, with costs, and proceeding dismissed, on the ground that there is no evidence that the tenant-appellants were made parties to the foreclosure action, and, not having attorned to the receiver, they cannot be divested of possession of the demised premises in summary proceedings. McDonald v. Cohen, 65 Misc. Rep. 489, 120 N. Y. Supp. 94.

HICKEY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1910.) Action by Elizabeth A.